AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Stephan)

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Kelly Wayne Smith<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 20-762 -M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___10/3/19 and 5/12/20___ in the county of ___Lehigh___ in the ___Eastern___ District of ___Pennsylvania___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a) | Distribution of child pornography, and attempt to do so. |
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit of probable cause, hereby incorporated by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ann M. Kirkland
*Printed name and title*

Sworn to before me and signed in my presence.

_____
*Judge's signature*

Date: ___May 12, 2020___

City and state: ___Allentown, PA___

Henry S. Perkin, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Ann M. Kirkland, a Special Agent (SA) with the Federal Bureau of Investigation (FBI),

Philadelphia Division, being duly sworn, depose and state as follows:

1.      I have been employed as a Special Agent with the FBI for over twenty-three years

and am currently assigned to the FBI's Allentown Resident Agency and the FBI Violent Gang

Task Force.  During my tenure with the FBI, I have received over 1,000 hours of training and have

conducted, participated in, and supervised numerous investigations of criminal activity, including

but not limited to, the investigation of crimes against children, bank robberies, outlaw motorcycle

gangs, mail/wire fraud, fugitives, extortions, interstate thefts, kidnappings, violent drug trafficking

organizations/street gangs/criminal enterprises, and narcotics, among other federal violations.  As

a result of numerous investigations, I have gained extensive experience in gathering evidence to

obtain search warrants, debrief defendants, witnesses, informants, and other persons who have had

personal experience and knowledge of criminal activity.  I have conducted physical and electronic

surveillance, debriefed confidential sources, and have obtained and executed well over 100 federal

search warrants on a wide variety of investigative matters, to include the FBI's Innocent Images

National Initiative which investigates matters involving the online sexual exploitation of children.

I have received training in the area of child pornography and child exploitation, and have had the

opportunity to observe and review numerous examples of child pornography (as defined in 18

U.S.C. § 2256) in all forms of media, including computer media.

2.      As a federal agent, I am authorized to investigate violations of laws of the United

States and to execute warrants issued under the authority of the United States.

3.      This affidavit is made in support of an application for an arrest warrant for Kelly

Wayne Smith.  The statements contained in this affidavit are based on information and evidence I

personally obtained, information provided to me, and information obtained through a review of reports and database records. Because I submit this affidavit for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause to arrest Kelly Wayne Smith.

4.      I submit there is probable cause to believe that on or about October 3, 2019,  Kelly Wayne Smith knowingly distributed, and attempted to distribute child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).  Title 18 U.S.C. § 2252(a)(2) prohibits a person from knowingly distributing any visual depiction of minors engaging in sexually explicit conduct, produced using a minor engaged in such conduct, when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce, or in or affecting interstate commerce, by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce, and any attempts to do so.

5.      I submit there is probable cause to believe that on May 12, 2020, Kelly Wayne Smith knowingly possessed a firearm as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).  Section 922(g) prohibits a person from possessing any firearm or ammunition or to receive any firearm or ammunition, which has been shipped or transported in interstate or foreign commerce, after having been convicted in court of a crime punishable by imprisonment for a term exceeding one year, knowing that the conviction was punishable in excess of one year.

6.      Kelly Smith has a prior federal conviction for violations of Title 18 U.S.C. § 2252A(a)(2)(A), distribution of child pornography, which has a maximum possible penalty of 20 years imprisonment and a mandatory minimum term of 5 years.  Smith served a term of

imprisonment over one year. As a result of this conviction, Kelly Smith is on federal supervised release until August 2024, and is a Megan's Law registrant within the Commonwealth of Pennsylvania. This conviction prohibits Smith from possessing a firearm.

### DESCRIPTION OF MEWE

7.    MeWe is a free-access social networking website owned and operated by Sgrouples that can be accessed at http://www.mewe.com, headquartered in San Francisco, California. MeWe allows its users to establish accounts with MeWe, and users can then use their accounts to share news, photographs, videos, and other information with other MeWe users, and sometimes with the general public.

8.    MeWe asks users to provide basic contact information to MeWe, either during the registration process or thereafter. This information may include the user's full name, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. MeWe also assigns a user identification number to each account. Users can also setup their own username so other users can easily find their MeWe pages.

9.    MeWe users can select different levels of privacy for the communications and information associated with their accounts. By adjusting these privacy settings, a MeWe user can make information available only to himself or herself, to particular MeWe users, or to all MeWe users.

10.    MeWe users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. MeWe users can also connect directly with individual MeWe users via video calls, voice calls and chat messages for a nominal yearly fee of approximately $5.99. MeWe users can purchase an in-app subscription which provides the

ability to send "secret chats" which are end-to-end encrypted. Each MeWe user's account includes a list of that user's MeWe contacts.

11.     MeWe also retains Internet Protocol ("IP") logs for a given user ID. These logs may contain information about the actions taken by the user ID on MeWe, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user uploads a photograph to MeWe, that user's IP log would reflect the fact that the user uploaded a photograph, and would show when and from what IP address the user did so.

## FACTS SUPPORTING PROBABLE CAUSE
## NCMEC CYBERTIPLINE

12.     The National Center for Missing and Exploited Children (NCMEC) receives complaints via their CyberTipline from Internet Service Providers (ISPs), Electronic Service Providers (ESPs), and others. These CyberTipline reports are reviewed by a NCMEC analyst and forwarded to Law Enforcement for further investigation. ISPs, ESPs, and others may physically view a picture, video, or any other content for a determination if a report to NCMEC is required.

13.     MeWe participates with the Internet Watch Foundation (IWF), a non-profit organization based in the United Kingdom, to identify images of child sexual abuse on their respective platforms. The IWF identifies known images of child sexual abuse by hash and provides this hash database to ESPs for comparison purposes. In December 2019, the IWF combined their existing hash database with that maintained by NCMEC and now has access to a database of over 3.5 million images of identified child sexual abuse. Each image is reviewed by either IWF or NCMEC analysts trained in the identification of child sexual abuse images prior to inclusion in the database.

14.     For each image a binary hash is created by a mathematical algorithm that transforms data of any size into much shorter fixed-length data. This shorter sequence represents the original data and becomes this file's signature, or its hash value, often referred to as its digital fingerprint. The data so precise that if the file is in anyway altered the hash will change entirely.

15.     The IWF also utilizes PhotoDNA to identify images of child sexual abuse that may have been slightly altered in an attempt to avoid detection. PhotoDNA or robust hashing uses several algorithms and looks at specific characteristics of the actual image rather than just the binary data of the image-file. Whereas two copies of the same image in different file formats will produce completely different binary hashes, the resulting robust hashes will be mathematically close. By calculating the mathematical distance between two PhotoDNA hashes it is possible to verify that the two hash values represent two different versions of the sa,me image. Even if an image is edited very slightly, such as resized or saved in a different format, PhotoDNA will still match against that image.

## NCMEC CYBERTIPLINE REPORT 57217549

16.     On October 16, 2019, Sgrouples, d/b/a/ MeWe, reported to NCMEC (CyberTipline Report 57217549) that on October 3, 2019, the MeWe account subscribed to by Kelly Smith, with an associated email address of kwsmith081960@gmail.com, uploaded several images to the MeWe platform that MeWe represented constituted child pornography. The log records shared by MeWe identify that the images were uploaded using IP Address 99.203.1.72. I have independently reviewed the images and confirm that they constitute child pornography, within the meaning of 18 U.S.C. § 2256. The images are described as follows:

a.     "image%2525201(1).png" depicts a nude adult female performing oral sex on a nude prepubescent girl;

b. "image(1)%25252520(1).png" depicts a nude adult female and a nude prepubescent girl posed to display their genitalia; and

c. "Screenshot_2019-10-02-22-41-25.png" depicts an adult female performing oral sex on a nude prepubescent girl.

17. An online check of the American Registry of Internet Numbers ("ARIN") for IP address 99.203.1.72 documented that the IP address is serviced by Sprint PCS. On March 24, 2020, an administrative subpoena was issued to Sprint PCS requesting subscriber information for IP address 99.203.1.72 for the date and time the images described above were uploaded to MeWe. Results from Sprint confirmed that IP address 99.203.1.72 is within the span of their assigned IP addresses and that Kelly Smith is a Sprint mobile customer who is assigned telephone number (610) 972-1035. Sprint however was unable provide any log data information because it was that type of information had not been retained.

18. On November 21, 2019, an administrative subpoena was issued to MeWe requesting subscriber information for the MeWe account using the name Kelly Smith, e-mail address of kwsmith081960@gmail.com. Results from Sgrouples d/b/a MeWe confirmed the account was in the name of Kelly Smith, with a MeWe User Id: 5d8a5e9d80937a4a46217482, an e-mail address of kwsmith081960@gmail.com and the account was activated on September 24, 2019. MeWe closed the account on October 16, 2019, the same day that Sgrouples reported the Cybertip.

19. On November 21, 2019, an administrative subpoena was issued to RCN Telecom Services requesting subscriber information for IP address 65.78.110.31. RCN Telecom Services provided results showing that in October 2019, this IP address was assigned to the Internet account

customer Kathy Smith in Allentown, PA 18103 (address redacted here but confirmed to be that of Kelly Wayne Smith and his wife, Kathy Smith).

20.     On April 17, 2020, I obtained and served a search warrant on Sgrouples, Inc., d/b/a MeWe for information associated with the Kelly Smith MeWe account, and registered e-mail address of kwsmith081960@gmail.com.

21.     MeWe responded and confirmed the e-mail address for the Kelly Smith account is kwsmith081960@gmail.com and the account was created on September 24, 2019.

22.     A review of the information provided revealed the Kelly Smith MeWe account contained an image that I have confirmed is an image of Kelly Smith, by comparing it to his known registered sex offender photograph.  Also located in the MeWe account was the three images MeWe sent to NCMEC in their Cybertipline Report.  I also located an additional image titled 5d9753136c1df673de513443.jpg, which depicts a prepubescent female clothed only in panties with her mouth on the breast of a nude prepubescent female.  Both prepubescent females are posed kneeling on a carpeted floor.

## SEARCH WARRANT

23.     On May 12, 2020, I executed a search warrant on Smith's residence which had been authorized on May 11, 2020 by the Honorable Magistrate Judge Henry S. Perkin.  During the search execution, law enforcement seized several mobile telephones including a Samsung Smartphone SMJ700P, bearing IMEI: 355628073750282.  Smith admitted the Samsung was his. A forensic preview of the Samsung revealed Smith has a mobile application installed called Wickr. Wickr provides a service that includes an instant messaging application which allows user to exchange end-to-end encrypted messages including images and videos.  In the application, he created a group called "FamTab." Within the application he had several images depicting child

pornography, including one of the images distributed by Smith On October 3, 2019, using MeWe and reported to NCMEC, and further found through a search warrant execution on Smith's MeWe account. That image is described as depicting an adult female performing oral sex on a nude prepubescent girl. Also discovered was a communication between Smith and an individual using the user ID "rapewife89," in which Smith asked "rapewife89" how old the user's kids were. When "rapewife89" responded that his/her kid was four, Smith replied that he would like to rape the user's wife in front of the child and then "play" with the child.

24.     Also seized during the search warrant execution was a Bersa firearm Model .85, 380 caliber handgun, bearing serial number 192247.

25.     Smith was home during the search of his residence. Smith was read his Miranda warnings, agreed to waive them, and spoke to law enforcement. Smith stated that he received child pornography via chat communications. Smith stated he does not save images on his computer because Federal Probation has a keystroke monitoring system on his laptop. Smith further stated he usually deletes chats when he is done with the conversation but he may have saved some of them. He admitted to using several online chat communication platforms, including Fet Life which stands for Fetish Lifestyle, Wickr, Wire, and MeWe. Smith further admitted he stopped using Kik several months ago because Kik shut down his account. Smith admitted to being on MeWe as recently as this morning and viewed several images of young girls engaged in sexual activity. Smith stated the images were located in a group chat in Wickr that he started entitled "FamTab." Smith was asked specifically about a chat exchange with an individual in the "FamTab" group with the user ID "rapewife89." Smith admitted to engaging in an exchange with the user "rapewife89." Smith admitted to using the e-mail addresses kwsmith081960@gmail.com

and kws1960@yahoo.com.   Smith also stated he was aware that the Bersa firearm was in his home.  He stated it was a family members and he was going to give it to his own son.

## **CONCLUSION**

26.    Based upon the information above, I respectfully submit that there is probable cause to believe Kelly Wayne Smith has violated Title 18 U.S.C. § 2252 by distributing child pornography and Title 18 U.S.C. § 922(g) by possessing a firearm as a convicted felon.   I, therefore, respectfully request that an arrest warrant be issued authorizing the arrest of Kelly Wayne Smith.

Respectfully Submitted,

Ann M. Kirkland
Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 12th DAY
OF MAY, 2020

HONORABLE HENRY S. PERKIN
United States Magistrate Judge